IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARRIE MARION, Individually and on behalf of Mia Marion, as Mother and Next Friend,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS A. BARRETT and BIRCHCREST, LLC.,<br><br>        Defendants. | 8:13CV314<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on February 21, 2015, by Scott P. Moore, counsel for the plaintiff,,

**IT IS ORDERED** that:

1. On or before **March 23, 2015**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled pretrial conference and trial are cancelled upon the representation that this case is settled.

Dated this 23rd day of February, 2015.

                                        BY THE COURT:

                                        s/ Thomas D. Thalken
                                        United States Magistrate Judge