IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARRIE MARION, Individually and on behalf of Mia Marion, as Mother and Next of Friend;<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. BARRETT, BIRCHCREST LLC,<br><br>Defendants. | **8:13CV314**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 23. The court finds that the parties' joint stipulation should be granted pursuant to Fed. R. Civ. P. 41(a).

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 23, is granted, and this action is dismissed with prejudice, each party to pay its own cost.

Dated this 2nd day of April, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge